3 P.3d 49

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Suntera, The Solar Elec. Chariot Co., Inc. v. Quinn | 22558 | 03/10/2000 | Dismissed |
| State v. Kanoa | 22054 | 03/28/2000 | Vacated and Remanded |